# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00920-RBJ

GODFREY JOHNSON, P.C., a Colorado Corporation, on behalf of itself and all similarly situated businesses within the jurisdiction of the Court

    Plaintiff,

v.

JOVITA CARRANZA, in her official capacity as Administrator of the United States Small Business Administration

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the MINUTE ORDER [ECF No. 7] of Judge R. Brooke Jackson entered on September 15, 2020, it is

ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

Dated at Denver, Colorado this 17th day of September, 2020.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/ Robert R. Keech

    Robert R. Keech,
    Deputy Clerk